UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENDELL D. MEEKS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 1:24-cv-1001

HON. JANE M. BECKERING

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g). The parties filed a Stipulation for Attorney Fees Under the Equal Access to Justice Act (ECF No. 19). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 20) on May 19, 2025, recommending that this Court grant the stipulation. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 20) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Stipulation for Attorney Fees Under the Equal Access to Justice Act (ECF No. 19) is GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff is awarded four thousand two hundred dollars ($4,200.00) pursuant to the Equal Access to Justice Act.

Dated: June 3, 2025

                                                          /s/ Jane M. Beckering
                                                          JANE M. BECKERING
                                                          United States District Judge